IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 9:20-cv-81463-WPD

**Andres Gomez,**

    **Plaintiff**

**V.**

**JOHNNY WAS, LLC.**

    **Defendant**

_____/

**RESPONSE TO ORDER REQUIRING CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT**

Plaintiff, by and through undersigned counsel, hereby files this Response to Order Requiring Certificate of Counsel Regarding Any Prior Filings under the Americans with Disabilities Act, and states as follows:

1. Searches were conducted utilizing the name of the Defendants and property address. The searches revealed that there was not prior litigation involving the Defendants or its property relating to a claim under the Americans with Disabilities Act.

2. Not applicable
3. Not applicable
4. Not applicable
5. Not applicable

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true

Dated: September 3, 2020

1

Respectfully Submitted,

*/s/ Alberto R. Leal*. `
Alberto R. Leal
Florida Bar No.: 1002345
E-Mail:al@thelealfirm.com
The Leal Law Firm, P.A.