**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**ANDRES GOMEZ,**

    **Plaintiff**　　　　　　　　　　　　　　　Case Number:  9:20-cv-81463-WPD

**JOHNNY WAS, LLC.,**

    **Defendant**

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice.

                                                   Respectfully submitted,

Dated: September 24, 2020　　　　　　　　*/s/ Alberto R. Leal*.
                                                      Alberto R. Leal
                                                      Florida Bar No.: 1002345
                                                      E-Mail: al@thelealfirm.com
                                                      The Leal Law Firm, P.A.